IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MATT CARROLL | * |
| PLAINTIFF, | * |
| v. | * Case No.: 1:17-cv-849-SAG |
| DAN RAINVILLE & ASSOCIATES, INC, ET AL. | * |
| DEFENDANTS. | * |

*********************************************************************

### ORDER OF DISMISSAL AND APPROVAL OF THE SETTLEMENT AGREEMENT

This matter is before the Court on the Parties' Joint Motion to Approve the Settlement Agreement. Upon consideration of the Motion and all relevant papers before the Court, the Court hereby:

1. **GRANTS** the Motion and **APPROVES** the Parties' Settlement Agreement;
2. By approving the Settlement Agreement, the Court **ORDERS** that all claims at issue in this matter are hereby **DISMISSED WITH PREJUDICE**;
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

JUDGE, UNITED STATES DISTRICT COURT

Jan 17, 2018